UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-292

Caption [use short title]

Motion for: Judicial Notice of Supplemental Evidentiary Developments

In re: Mario Mirabal

Set forth below precise, complete statement of relief sought:

Petitioner respectfully requests that this Court take Judicial notice that formal evidentiary Multi-State Racketeering Matrix has been submited to the DOJ,FDIC-OIG, and SEC regarding the jurisdictional and structural fraud central to this Mandamus action.

MOVING PARTY: Mario Mirabal

OPPOSING PARTY: Deutsche Bank National Trust Company/PHH Mortgage

- ☒ Plaintiff
- ☒ Defendant
- ☒ Appellant/Petitioner
- ☒ Appellee/Respondent

MOVING ATTORNEY: Mario Mirabal Pro Se

OPPOSING ATTORNEY: Patrick G. Broderick / Steven Lazar

[name of attorney, with firm, address, phone number and e-mail]

1026 sw 2nd AVE #304, Miami, FL 33130

Greenberg Traurig, P.A. 777 South Flagler Drive, Suite 300 East West Palm Beach, Fl33401

786.479.6596

561.650.7915 broderickp@gtlaw.com / 900 Stewart AvenueGarden City, NY 11530

solphax@gmail.com

212.801.9200 Steven.Lazar@gtlaw.com 212-801-6860

Court- Judge/ Agency appealed from: S.D.N.Y. - Hon. Lewis J. Liman / Hon. Ona T. Wang

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): Petitioner is Pro Se; opposing counsel served concurrently via U.S. Mail

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/s/ Mario Mirabal

Date: June 3, 2026

Service: ☐ Electronic ☒ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT


In re: Mario Mirabal,

Petitioner.


Case No. 26-292

(Related SDNY Case No. 1:25-cv-07423-LJL-OTW)


MOTION FOR JUDICIAL NOTICE OF SUPPLEMENTAL
EVIDENTIARY DEVELOPMENTS


Pursuant to Federal Rule of Evidence 201, Petitioner/Relator Mario Mirabal, Pro Se, respectfully moves this Honorable Court to take judicial notice that the underlying jurisdictional and structural fraud central to this Mandamus action is undergoing escalated criminal, civil, and regulatory investigation across three separate federal agencies.


Specifically, the attached supplemental evidence contains computationally verifiable public records documenting:


An active, multi-state document fabrication and racketeering enterprise operating well into the year 2026.


The systematic use of post-receivership mortgage assignments to unlawfully

bypass closed, New York-governed securitized trusts.

This supplemental evidence has been formally submitted to the following authorities:

The United States Department of Justice (DOJ) & U.S. Attorney's Office

The Federal Deposit Insurance Corporation, Office of Inspector General (FDIC-OIG)

The Securities and Exchange Commission (SEC) Whistleblower Office

A true and correct copy of the Multi-State Racketeering Matrix submitted to these federal agencies is attached hereto as Exhibit A for the Court's awareness.

Petitioner provides this motion to ensure this Court is aware that the jurisdictional defects and void conveyances presently before it continue to be the subject of active, multi-agency federal scrutiny.

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal, Pro Se / Relator

563 W 49 ST

Miami Beach, FL 33140

Mailing Address:

1026 SW 2nd Avenue, #304

Miami, FL 33130

solphax@gmail.com

Executed on this 3 Day of June, 2026.

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing Motion for Judicial Notice of Supplemental Evidentiary Developments was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit and served via U.S. Mail  upon the following parties and counsel of record:

Steven Lazar, Esq.

Counsel for Respondents Deutsche Bank National Trust Company / PHH

Mortgage Corporation

Greenberg Traurig, LLP

900 Stewart Avenue

Garden City, NY 11530

Patrick G. Broderick, Esq.

Counsel for Respondents Deutsche Bank National Trust Company  / PHH

Mortgage Corporation

Greenberg Traurig, P.A.

777 South Flagler Drive

Suite 300 East

West Palm Beach, FL 33401


Honorable Lewis J. Liman

United States District Judge

United States District Court

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007


Honorable Ona T. Wang

United States Magistrate Judge

United States District Court

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007

# EXHIBIT A

MARIO MIRABAL

563 W. 49th Street

Miami Beach, FL 33140

Mailing Address: 1026 SW 2nd AVE #304, Miami, FL 33130

solphax@gmail.com

FCA Case Number: 1:24-cv-24749-CMA (S.D. Fla.)


DATE: May 19, 2026


VIA U.S. MAIL


TO:

UNITED STATES DEPARTMENT OF JUSTICE

Civil Division - Commercial Litigation Branch

Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044


UNITED STATES ATTORNEY'S OFFICE

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132


CC: CONTINUING FEDERAL OVERSIGHT (VIA CERTIFIED U.S. MAIL)


SECURITIES AND EXCHANGE COMMISSION (SEC)

Office of the Whistleblower

100 F Street, NE

Washington, DC 20549


FEDERAL DEPOSIT INSURANCE CORPORATION - OFFICE OF INSPECTOR GENERAL (FDIC-OIG)

3501 Fairfax Drive

Arlington, VA 22226

RE: SUPPLEMENTAL RELATOR DISCLOSURE: ONGOING MULTI-STATE RACKETEERING AND FCA VIOLATIONS

FCA Case Number: 1:24-cv-24749-CMA (S.D. Fla.)

Named Defendant: Deutsche Bank National Trust Company

Subject Entities / Enterprise: PHH Mortgage Corporation (f/k/a Onity Mortgage); Mortgage Electronic Registration Systems, Inc. (MERS); et al.

United States Department of Justice and United States Attorney:

On March 23, 2026, I submitted a comprehensive, 124-page Master Evidentiary Referral and FCA Disclosure Statement to your offices detailing systemic, document-based assignment fraud by the Subject Entities. For the sake of administrative economy, that 124-page Master Referral is incorporated herein by reference as Exhibit A.

I am formally submitting this Supplemental Disclosure to provide the Government with computationally verifiable evidence that the racketeering and assignment fraud executed by Defendant Deutsche Bank and its agents is not a localized or historical grievance. The evidence attached supports both the active False Claims Act litigation (Case No. 1:24-cv-24749-CMA) and the consolidated civil RICO action currently before the Southern District of Florida (Case No. 1:25-cv-26113-CMA).

This Matrix proves that the Subject Entities are operating an active, ongoing, multi-state criminal enterprise utilizing the U.S. Mail and interstate wires well into the year 2026.

Please find the supplemental evidence attached hereto:

EXHIBIT B: Lee County, Florida "Wet-Ink" Assignments

Five (5) recently fabricated mortgage assignments recorded in Lee County, Florida, between 2022 and 2026. These expose the active 2026 continuation of the fraud under the new "Onity" corporate shield.

EXHIBIT C: Maricopa County, Arizona "Wet-Ink" Assignments

Four (4) recently fabricated mortgage assignments recorded in Maricopa County, Arizona, between 2022 and 2024. These records prove the active, cross-state manufacturing of titles utilizing a "Zombie FDIC" legal fiction out of Los Angeles.

EXHIBIT D: San Diego County, California "Wet-Ink" Assignments

Two (2) recently fabricated mortgage assignments recorded in San Diego County, California, in February and April of 2026. These records mathematically prove the enterprise remains highly active on the West Coast today.

EXHIBIT E: New York Counties (Kings/Queens) "Wet-Ink" Assignments

Three (3) recently fabricated mortgage assignments recorded in New York between 2021 and 2024, proving the enterprise's East Coast document-manufacturing operations (utilizing an Idaho-based mill) remain active within the current statutory window.

EXHIBIT F: Miami-Dade County, Florida "Wet-Ink" Assignments (Courtesy Extraction)

Eight (8) recently fabricated mortgage assignments recorded in Miami-Dade County, spanning from the 2010 David J. Stern baseline to April 2026. This exhibit is a direct physical extraction from Exhibit A and newly acquired public records,

provided separately to allow the Agencies to seamlessly cross-reference the localized Miami-Dade fraud against the multi-state operations detailed in Exhibits B through E without searching through the 124-page Master Referral.

By expanding the evidentiary record to include Florida, California, and New York, this Supplemental Disclosure confirms the enterprise is actively utilizing interstate commerce, the U.S. Mail, and wire transmissions to launder illicitly acquired real estate assets on a national scale today.

I respectfully request that the Department of Justice incorporate Exhibits B-F into its active investigation and evaluation of whether to intervene in FCA Case No. 1:24-cv-24749-CMA prior to the August 2026 statutory deadline.

MASTER EVIDENTIARY BLUEPRINT & FORENSIC EXHIBIT ANNEX

Relator: Mario Mirabal

Defendant: Deutsche Bank National Trust Company

Associated Enterprise / Agents: PHH Mortgage Corporation (f/k/a Onity Mortgage), Mortgage Electronic Registration Systems, Inc. (MERS), et al.

PART I: THE MASTER BLUEPRINT (THE THREE PILLARS OF FRAUD)

A forensic review of the 22 attached Exhibits unequivocally proves Defendant and its agents operate an industrialized forgery syndicate. To bypass broken chains of title originating from the 2008 collapse of IndyMac Bank, the enterprise utilizes three distinct, legally impossible mechanisms to manufacture counterfeit securities between 2021 and April 2026:

THE "ZOMBIE FDIC" METHOD:

Defendant and its agents execute documents claiming to act as the "Receiver for IndyMac Bank." IndyMac collapsed and was fully resolved/sold by the FDIC by 2009. It is legally impossible for the FDIC to be actively assigning assets on behalf of a non-existent entity in 2022 and 2024.

THE "DEAD MERS" METHOD:

Under the Law of Agency, a "Nominee" relationship terminates immediately upon the death of the principal. Defendant and its agents repeatedly use MERS to act as the Nominee for IndyMac Bank up to 18 years after IndyMac ceased to exist.

THE REMIC TRUST VIOLATIONS:

Defendant and its agents routinely attempt to retroactively assign these assets into tax-exempt New York securitized trusts (Vintages 2005, 2006, 2007) decades after their strict closing dates. This is a direct violation of IRS REMIC tax codes and the trusts' own Pooling and Servicing Agreements (PSAs).

PART II: FORENSIC EXHIBIT ANNEX (THE 22-DOCUMENT JURISDICTIONAL MATRIX)

The following Exhibits expose the "Musical Chairs" of the enterprise's corporate signatories. Low-level clerks operating in document mills in Palm Beach (FL), Pinellas (FL), and Los Angeles (CA) continuously swap executive titles to manufacture these documents. They are grouped by jurisdiction to match the physical attachments provided to the Court and the Department of Justice.

EXHIBIT B: LEE COUNTY, FLORIDA

These five (5) documents expose the daily rotation of "robosigning" titles and the active 2026 continuation of the fraud under the new "Onity" corporate shield.

EXHIBIT B-1: (Execution Date: Apr 15, 2026)

The Assembly Line: Signed by Jennifer Lee Garzon; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: The 2026 Continuation. MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-AR29, twenty years after the trust closed, using the new "Onity" corporate shield.

EXHIBIT B-2: (Execution Date: Feb 8, 2023)

The Assembly Line: Signed by Yanique Atkinson Edwards; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust 2006-AR2 (17 years post-closure).

EXHIBIT B-3: (Execution Date: Jan 26, 2023)

The Assembly Line: Signed by Donna Valenzano; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: Aggregator Impossibility. MERS acts for Quicken Loans to funnel directly into IndyMac DB Trust 2007-F3 (16 years post-closure).

EXHIBIT B-4: (Execution Date: Jan 25, 2023)

The Assembly Line: Signed by Timothy Rosa; Notarized by Kelley Earle (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INABS 2006-B (17 years post-closure).

EXHIBIT B-5: (Execution Date: Mar 24, 2022)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign to DB Trust 2006-H3 (16 years post-closure).

EXHIBIT C: MARICOPA COUNTY, ARIZONA

These four (4) documents expose the Los Angeles document mill crossing state lines into the West/Desert jurisdictions, including the fabrication of retroactive transfers to dead entities.

EXHIBIT C-1: (Execution Date: May 8, 2024)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign an asset to DB Trust 2006-H3 (18 years post-closure).

EXHIBIT C-2: (Execution Date: Dec 7, 2022)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Joshua Grey Jr. (Los Angeles, CA).

The Fatal Flaw: The "Zombie FDIC" claims to act as Receiver for IndyMac to assign to DB Trust 2006-H3 (16 years post-closure).

EXHIBIT C-3: (Execution Date: Nov 9, 2022)

The Assembly Line: Signed by Ronaldo Reyes; Notarized by Suzanne C Patten (Orange, CA).

The Fatal Flaw: The Absurd "Gap Assignment." Deutsche Bank openly and illegally assigns an asset BACK to IndyMac Bank (a non-existent entity) to patch a broken chain of title.

EXHIBIT C-4: (Execution Date: Aug 2, 2022)

The Assembly Line: Signed by Ronaldo Reyes; Notarized by Suzanne C Patten (Orange, CA).

The Fatal Flaw: The Monetization Phase. DB Trust 2006-H4 liquidates the stolen asset by assigning it to MEB Loan Trust II.

EXHIBIT D: SAN DIEGO COUNTY, CALIFORNIA

These two (2) documents mathematically prove the enterprise remains highly active on the West Coast in the year 2026.

EXHIBIT D-1: (Execution Date: Apr 9, 2026)

The Assembly Line: Signed by Shannon Ortiz; Notarized by Stephanie Jo Schulte (Los Angeles, CA).

The Fatal Flaw: The 2026 "Zombie FDIC". The FDIC claims to act as Receiver for IndyMac to assign an asset to DB Trust 2006-H3 (twenty years after the trust closed).

EXHIBIT D-2: (Execution Date: Feb 20, 2026)

The Assembly Line: Signed by Gwen Murakami; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: The 2026 "Gap Assignment". OneWest Bank (via PHH Mortgage) openly and illegally assigns an asset BACK to IndyMac Bank (a non-existent entity) to remedy a broken chain of title.

EXHIBIT E: NEW YORK COUNTIES (KINGS & QUEENS)

These three (3) documents prove the geographic contagion relies heavily on an entirely separate document mill located in Idaho to manufacture East Coast titles.

EXHIBIT E-1: (Execution Date: Sep 17, 2024)

The Assembly Line: Signed by Susan Hicks; Notarized by Vicky McCoy (Pinellas, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-2B (18 years post-closure).

EXHIBIT E-2: (Execution Date: Aug 25, 2023)

The Assembly Line: Signed by Angela Pavao; Notarized by Tanner Dickson (Pinellas, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-2B (17 years post-closure).

EXHIBIT E-3: (Execution Date: Mar 30, 2021)

The Assembly Line: Signed by Katie Olson; Notarized by Shirley Ledvina (Idaho Mill).

The Fatal Flaw: MERS acts for defunct IndyMac to assign to DB Trust INDS 2006-3 (15 years post-closure).

EXHIBIT F: MIAMI-DADE COUNTY, FLORIDA (Courtesy Extraction)

Extracted from the Master Referral for the Court and Government's convenience. These eight (8) documents establish the 16-year unbroken continuity of the enterprise, originating from the David J. Stern law firm in 2010 and proving the exact same fraud is actively operating in Miami-Dade County in the year 2026.

EXHIBIT F-1: (Execution Date: Apr 2, 2026)

The Assembly Line: Signed by Lizet Morales-Perez; Notarized by Gwen Murakami (Palm Beach, FL).

The Fatal Flaw: The 2026 Continuation. MERS acts for defunct IndyMac to assign an asset to DB Trust 2007-AR21IP, nearly twenty years after the trust closed, utilizing the new "Onity Mortgage" corporate shield.

EXHIBIT F-2: (Execution Date: Feb 4, 2026)

The Assembly Line: Signed by Jennifer Lee Garzon; Notarized by Donna Lee Valenzano (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust INABS 2006-D (20 years post-closure). Note the robosigning matrix: Donna Valenzano acts as Notary here, while signing as Assistant Secretary on other documents.

EXHIBIT F-3: (Execution Date: Oct 28, 2025)

The Assembly Line: Signed by Donna Valenzano; Notarized by Netty N. Bangala (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust INABS 2005-D (20 years post-closure).

EXHIBIT F-4: (Execution Date: Jan 28, 2025)

The Assembly Line: Signed by Ezra E. Pugh; Notarized by Madison Hodges (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-AR9 (19 years post-closure).

EXHIBIT F-5: (Execution Date: Dec 6, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Madison Hodges

(Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to funnel an asset into DB Trust 2006-N (18 years post-closure).

EXHIBIT F-6: (Execution Date: Oct 31, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Kelley Earle (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2006-A (18 years post-closure).

EXHIBIT F-7: (Execution Date: Oct 24, 2024)

The Assembly Line: Signed by Donna Valenzano; Notarized by Madison Hodges (Palm Beach, FL).

The Fatal Flaw: MERS acts for defunct IndyMac to assign an asset to DB Trust 2005-AR27 (19 years post-closure).

EXHIBIT F-8: (Execution Date: Jun 18, 2010 - THE BASELINE)

Document Data: CFN 2010R0438138 (Birencwajg). Executed by Erica A. Johnson-Seck; Notarized by Ami Rivera (David J. Stern Foreclosure Mill).

The Fatal Flaw: Original Genesis. Demonstrates the origins of the 16-year systemic fraud utilizing the disgraced David J. Stern mill to illegally assign the Relator's property to DB Trust 2007-AR5. Proves the enterprise's historical, ongoing manipulation of the Birencwajg property chain of title dating back to the immediate aftermath of the IndyMac collapse.

Respectfully submitted,

/s/ Mario Mirabal

Mario Mirabal, Relator Pro Se

CC: CONTINUING FEDERAL OVERSIGHT (VIA CERTIFIED U.S. MAIL)

SECURITIES AND EXCHANGE COMMISSION (SEC)

Office of the Whistleblower

100 F Street, NE

Washington, DC 20549

FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)

Office of Inspector General (OIG)

3501 Fairfax Drive

Arlington, VA 22226

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy was served via United States Mail upon the following parties as part of the Relator's supplemental disclosure obligations:

U.S. Department of Justice

Civil Division – Commercial Litigation Branch, Fraud Section

Attn: FCA Whistleblower Coordinator

P.O. Box 261, Ben Franklin Station

Washington, DC 20044

United States Attorney's Office

Southern District of Florida

Attn: Civil Division / Affirmative Civil Enforcement

99 N.E. 4th Street

Miami, FL 33132

Respectfully submitted,

Mario Mirabal, Pro Se / Relator

Executed on this 19th Day of May, 2026.

# EXHIBIT B

Kevin C. Karnes, Lee County Clerk of the Circuit Court & Comptroller
INSTR# 2026000101370, DocType ASG, Pages 1, Recorded 4/20/2026 at 9:20 AM, DeputyClerk SJENSEN
Rec Fees: $10.00   ERECORD

When Recorded Return To:
Onity Mortgage Corporation
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS**, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR29, WHOSE ADDRESS IS C/O ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**, the said Mortgage having an original principal sum of $186,320.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **EDER SAEZ A MARRIED PERSON JOINED BY HIS SPOUSE SUELEN P. SAEZ** and recorded in Official Records of the Clerk of the Circuit Court of **LEE** County, <u>Florida</u>, in <u>Instrument # 2006000342385</u>, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on **04/15/2026 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
    **JENNIFER LEE GARZON**
    **ASSISTANT SECRETARY**

Witnesses:
_____
    **Sayra L. Ferrer**
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
    **Meredith A. Derwin**
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on **04/15/2026 (MM/DD/YYYY)**, by **JENNIFER LEE GARZON** as **ASSISTANT SECRETARY** of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such **ASSISTANT SECRETARY** being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
    **Netty N. Bangala**
Notary Public - STATE OF FLORIDA
Commission expires:    **AUG 0 7 2027**

Notary Public State of Florida
Netty N. Bangala
My Commission HH 421286
Expires 8/7/2027

**Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407**
PHH02 451040546 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN 100055401240382558 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T032604-10:31:48 [C-0] FRMFL1_PHH02

*D0124841172*

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000054747, Doc Type ASG, Pages 1, Recorded 2/13/2023 at 1:47 PM, Deputy Clerk LFAHRNER ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR2, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $190,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by BERNARD EDWARDS AND LASHANDA EDWARDS and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2006000060279, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on 2/08/2023 (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
    YANIQUE A ATKINSON EDWARDS
    ASSISTANT SECRETARY

Witnesses:

_____
Kelley Earle

_____
Donna Lee Valenzano

STATE OF FLORIDA     COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 2/8/2023 (MM/DD/YYYY), by YANIQUE A ATKINSON EDWARDS as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires:     AUG 0 7 2023

Notary Public State of Florida
Netty N. Bangala
My Commission GG 363426
Expires 08/07/2023

Document Prepared By: YANIQUE ATKINSON EDWARDS, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767

PHH02 435636227 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401226638270 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T252301-01:12:43 [C-1] FRMFL1 PHH02

*D0099312985*

5/10/26, 2:44 AM                                    Landmark Web Official Records Search

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000038738, Doc Type ASG, Pages 1, Recorded 1/31/2023 at 4:05 PM, Deputy Clerk SJENSEN ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-F3, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $347,400.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **RONALD GREY AND ERNESTA L. GREY, HUSBAND AND WIFE** and recorded in Official Records of the Clerk of the Circuit Court of **LEE** County, **Florida,** in **Instrument # 2007000193134,** upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 01/26/2023 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS**

By: _____
Donna Valenzano
Assistant Secretary

Witnesses:

_____
Tim Rosa

_____
Yanique Atkinson Edwards

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 01/26/2023 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR QUICKEN LOANS INC., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Netty N. Bangala
Notary Public - STATE OF FLORIDA
Commission expires: AUG 0 7 2023

Notary Public State of Florida
Netty N. Bangala
My Commission GG 363426
Expires 08/07/2023

**Document Prepared By:** Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 435439023  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100039032118596986 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  T102301-09:07:41 [C-1]  FRMFL1_PHH02

*D0099103812*

https://or.leeclerk.org/LandMarkWeb/search/index?theme=.blue&section=searchCriteriaDocuments&quickSearchSelection=#                                          1/1

5/10/26, 2:40 AM                                    Landmark Web Official Records Search

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2023000038713, Doc Type ASG, Pages 1, Recorded 1/31/2023 at 4:01 PM, Deputy Clerk WSEIBERT ERECORD
Rec Fees: $10.00

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-B, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-B, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $183,200.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by MARYANN THIBAULT AND TIMOTHY THIBAULT and recorded in Official Records of the Clerk of the Circuit Court of LEE County, Florida, in Instrument # 2006000052042, upon the property situated in said State and County as more fully described in said Mortgage.

Dated on ___1__/_25_/_23_ (MM/DD/YYYY)

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS

By: _____
         Timothy Rosa
    Assistant Secretary

Witnesses: _____
         Leary H. Ferguson
    Servicing Operations Specialist

_____
         Donna Lee Valenzano

STATE OF Florida    COUNTY OF Palm Beach
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on __1__/_25_/_23_ (MM/DD/YYYY), by Timothy Rosa as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
         Kelley Earle
Notary Public - STATE OF Florida
Commission expires: 12/18/2023

Notary Public State of Florida
Kelley Earle
My Commission GG 937927
Expires 12/18/2023

Document Prepared By: Benedicth Francois, PHH Mortgage Corporation, One Mortgage Way, Mt. Laurel, NJ 08054, 800-449-8767
PHH02 435423180 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401225939661 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T062301-11:49:34 [C-1] FRMFL1_PHH02

*D0099061223*

https://or.leeclerk.org/LandMarkWeb/search/index?theme=.blue&section=searchCriteriaDocuments&quickSearchSelection=#          1/1

5/10/26, 2:33 AM

Kevin C. Karnes, Lee County Clerk of Circuit Court
INSTR. # 2022000118661, Doc Type ASG, Pages 2, Recorded 4/8/2022 at 3:11 PM, Deputy Clerk WSEIBERT ERECORD
Rec Fees: $18.50

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:

LIEN RELEASE
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

39520411
### CORPORATE ASSIGNMENT OF MORTGAGE

LEE, Florida
SELLER'S SERVICING #:7190523295 "JOHNSON"
SELLER'S LENDER ID#: P9C
INVESTOR'S LOAN #: NW SAT

Date of Assignment: **MAR 2 4 2022**
Assignor: Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B at 1601 BRYAN STREET, DALLAS, TX 75201
Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409
Executed By: NILS JOHNSON To: INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK
Date of Mortgage: 02/07/2006 Recorded: 03/06/2006 in Book/Reel/Liber: NA Page/Folio: NA as Instrument No.: 2006000094599 In the County of LEE, State of Florida.

Assessor's/Tax ID No. 24-45-23-C1-00156 0120

Property Address: 127 BAYSHORE DRIVE, CAPE CORAL, FL 33904

Legal: LOTS 12 AND 13, BLOCK 156, UNIT 4, PART 2, CAPE CORAL SUBDIVISION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 12, PAGES 13 THROUGH 22, INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $200,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B
On _____ **MAR 2 4 2022**

By: _____
SHANNON ORITZ
ATTORNEY IN FACT

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

STATE OF _____
COUNTY OF _____

On _____, before me, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

See attached
CA Acknowledgement

_____
Notary Expires: / /

(This area for notarial seal)

**INSTR. # 2022000118661  Page Number: 2 of 2**

## CA  NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES   )SS.

On ____MAR 2 4 2022____ before me ___Stephanie Jo Schulte___, Notary Public, personally

appeared_____Shannon Ortiz_____ who proved to me on the basis of satisfactory evidence to

be the person whose name is subscribed to the within instrument and acknowledged to me that

she executed the same in her authorized capacity, and that by her signature on the instrument

the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2261800
My Comm. Expires Nov 4, 2022

Signature_____
Stephanie Jo Schulte

My Commission Expires: November 4, 2022

# EXHIBIT C

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20240262849    05/17/2024    08:05
ELECTRONIC RECORDING

Recording Requested By:
PHH MORTGAGE CORPORATION

3908311-3-1-1--
Tomutac

~~When Recorded Return To~~:

When Recorded Return To:
    Indecomm Global Services
    1427 Energy Park Drive
    St. Paul, MN  55108

---

<u>CORPORATE ASSIGNMENT OF DEED OF TRUST</u>

Maricopa, Arizona
SELLER'S SERVICING #:92719060059862  "RODRIGUEZ"
SELLER'S LENDER ID#:  P9C
INVESTOR'S LOAN #:  NW SAT

Date of Assignment: _____ **MAY 0 8 2024** ___

Assignor: Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. at 1601 BRYAN STREET, DALLAS, TX 75201
Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: MANUEL RODRIGUEZ, A SINGLE MAN To: CORSTAR FINANCIAL, INC.
Date of Mortgage: 05/18/2006 Recorded: 06/01/2006 in Book/Reel/Liber: NA Page/Folio: NA as Instrument No.: 20060743696 in the County of Maricopa, State of Arizona.

Assessor's/Tax ID No. 143-09-455

Legal: LOT 134, OF PIONEER VILLAGE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 241 OF MAPS, PAGE 46 AND CERTIFICATE OF CORRECTION RECORDED IN DOCKET 16107, PAGE 233

  KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $48,600.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

  TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B.
On ___ **MAY 0 8 2024** ___

By:_____
SHANNON ORTIZ, ATTORNEY IN FACT

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

20240362849

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal,

_____

_____
Notary Expires:   /   /

**See attached
CA Acknowledgement**

(This area for notarial seal)

## CA NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )

COUNTY OF <u>LOS ANGELES</u> )SS.

On____ **MAY 0 8 2024** ____before me **Stephanie Jo Schulte**, Notary Public, personally appeared____ **Shannon Ortiz** , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____
STEPHANIE JO SCHULTE

My Commission Expires: November 7, 2026

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2425551
My Comm. Expires Nov 7, 2026

*U08353929*

1426   3/22/2024   82458978/1

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220877039    12/07/2022    08:30
ELECTRONIC RECORDING

3801936-3-2-1--
crocfers

Recording Requested By:
PHH MORTGAGE CORPORATION

When Recorded Return To:
Indecomm Global Services
1427 Energy Park Drive
St. Paul, MN  55108                'E
                                          ,9

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
SELLER'S SERVICING #:7190547088 "BISHOP"
SELLER'S LENDER ID#:  P9C
INVESTOR'S LOAN #:  NW SAT

*Record 1st*

Date of Assignment: _____**NOV 2 1 2022**_____, 2022

Assignor: FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC
BANK, F.S.B. at __**1601 BRYAN STREET, DALLAS, TX 75201**_____

Assignee: Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage
Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661
WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409

Executed By: ADRIENNE BISHOP To: INDYMAC BANK, F.S.B.
Date of Mortgage: 01/20/2006 Recorded: 02/06/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument
No.: 2006-0169825 in the County of Maricopa, State of Arizona.

Assessor's/Tax ID No. 208-11-473

Legal: SITUATED IN COUNTY OF MARICOPA AND STATE OF ARIZONA: LOT 5, TOWN SQUARE,
ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF
MARICOPA COUNTY, ARIZONA, IN BOOK 263 OF MAPS, PAGE 35.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and
sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named
Assignee, the said Deed of Trust having an original principal sum of $100,000.00 with interest, secured
thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the
said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of
Trust.

   TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever,
subject to the terms contained in said Deed of Trust.  IN WITNESS WHEREOF, the assignor has executed
these presents the day and year first above written:

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.
On __**NOV 2 1 2022**__

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF _____

COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal,

**See attached
CA Acknowledgement**

_____

_____

Notary Expires:   /   /

(This area for notarial seal)

20220877039

## CA NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF <u>LOS ANGELES</u>  )SS.

On **NOV 2 1 2022** before me _____<u>Joshua Grey Jr.</u>_____, Notary Public, personally appeared _____<u>Shannon Ortiz</u>_____ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*U08217611*
I426   12/2/2022   82317525/2

Signature _____<u>Joshua Grey Jr.</u>_____
My Commission Expires: December 6, 2022

JOSHUA GREY JR.
Notary Public - California
Los Angeles County
Commission # 2269811
My Comm. Expires Dec 6, 2022

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220854001   11/23/2022   08:32
ELECTRONIC RECORDING

1669214169410-2-1-1--
crocfers

**RECORDING REQUESTED BY:**
Richmond Monroe Group

**WHEN RECORDED MAIL TO:**
Jeff Prose
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931



## GAP ARIZONA CORPORATE ASSIGNMENT OF DEED OF TRUST
### ***GAP ASSIGNMENT BEING RECORDED TO COMPLETE THE CHAIN OF TITLE FROM THE ASSIGNMENT RECORDED ON 10/12/2017 AS INSTRUMENT # 20170755182 TO THE ASSIGNMENT RECORDED ON 08/17/2021 AS INSTRUMENT # 20210888374***

TS Ref #: 0009220000119624
AZ/MARICOPA

Assignment Prepared On: August 30, 2022

**ASSIGNOR: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4** at 1761 EAST ST. ANDREW PLACE, SANTA ANA, CA, 92705

**ASSIGNEE:  INDYMAC BANK, FSB, A FEDERALLY CHARTERED SAVINGS BANK** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Deed of Trust Dated: 8/18/2006, in the amount of  $25,000.00, executed by CASSIDY STEVENS AND KATHERINE MULLER STEVENS, HUSBAND AND WIFE, AS COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP to INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK and Recorded: 8/25/2006, Instrument #: 20061132788 in MARICOPA County, State of Arizona.

Property Address: 5742 EAST ENROSE STREET, MESA, AZ, 85205

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4

On: _____*November 9, 2022*_____

By: _____

Name: _____**Ronaldo Reyes**_____
           **Vice President**
Title: _____

STATE OF _____
COUNTY OF _____

On _____ before me, _____, a Notary Public in and for _____ in the State of _____, personally appeared
_____, _____, DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  }
County of _____**Orange**_____ }

On __November 9, 2022__ before me, _____**Suzanne C Patten, Notary Public**_____,
Date  *Here Insert Name and Title of the Officer*

personally appeared _____**Ronaldo Reyes**_____
*Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SUZANNE C. PATTEN
Notary Public - California
Orange County
Commission # 2408949
My Comm. Expires Jul 21, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────── **OPTIONAL** ────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Gap Arizona Corporate Assignment of Deed of Trust
Document Date: November 9, 2022 _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____**None**_____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: **Ronaldo Reyes** _____
☒ Corporate Officer – Title(s): __**Vice President**__
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: __**Deutsche Bank**__
__**National Trust Company, as Trustee**__

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20220680081   08/31/2022   08:12
ELECTRONIC RECORDING

1661954625311-2-1-1--
Hoyp

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

_____ | Space above for Recorder's use _____

Loan No: 3901674



16628750

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES 2006-H4**, whose address is 1761 E. SAINT ANDREW PLACE, SANTA ANA, CA 92705, (ASSIGNOR), does hereby grant, assign and transfer to **MEB LOAN TRUST II**, whose address is C/O SELECT PORTFOLIO SERVICING, 3217 SOUTH DECKER LAKE DRIVE, WEST VALLEY CITY, UT 84119, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 10/17/2006
Original Loan Amount: $54,000.00
Executed by (Borrower(s)): **JUAN ALEJO FRAGA JR & YVONNE T. FRAGA**
Original Trustee: **UNITED GENERAL TITLE INSURANCE COMPANY**
Original Beneficiary: **INDYMAC BANK, F.S.B., A FEDERALLY CHARTERED SAVINGS BANK**
Filed of Record: In Book N/A, Page N/A
Document/Instrument No: 20061405817 in the Recording District of Maricopa, AZ, Recorded on 10/25/2006.

Property more commonly described as: **836 NORTH LOS OLIVOS DRIVE, GOODYEAR, ARIZONA 85338**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: _____4ugust 2 2022_____

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES 2006-H4**

By: _____**Ronaldo Reyes**_____
Title: _____**Vice President**_____

Witness Name: _____**Timothy Johnson**_____
**Assistant Vice President**

3901674 MBIA·Dec 2020 16628750

20220680081

**CALIFORNIA ACKNOWLEDGMENT**                                   **CIVIL CODE § 1189**

┌─────────────────────────────────────────────────────────────────────────┐
│ A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document │
│ to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. │
└─────────────────────────────────────────────────────────────────────────┘

State of California }
County of ____Orange____ }

On __August 2, 2022__ before me, ___Suzanne C Patten, Notary Public___,
　　　　　　Date　　　　　　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared _____Ronaldo Reyes_____
　　　　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

```
SUZANNE C. PATTEN
Notary Public · California
Orange County
Commission # 2408949
My Comm. Expires Jul 21, 2025
```

I certify under PENALTY OF PERJURY under the
laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___*Suzanne C Patten*___
*Place Notary Seal and/or Stamp Above*　　　　　*Signature of Notary Public*

──────────────────────── OPTIONAL ────────────────────────
*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Assignment of Deed of Trust__
Document Date: __August 2, 2022__ _____ Number of Pages:_____
Signer(s) Other Than Named Above: _____None_____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: __Ronaldo Reyes__ | Signer's Name: _____ |
|---|---|
| ☑ Corporate Officer – Title(s): __Vice President__ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual　☐ Attorney in Fact | ☐ Individual　☐ Attorney in Fact |
| ☐ Trustee　☐ Guardian or Conservator | ☐ Trustee　☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: __Deutsche Bank National Trust Company, as Trustee__ | Signer is Representing: _____ |

©2019 National Notary Association

# EXHIBIT D

Recording Requested By: Onity Mortgage Corporation FKA
PHH MORTGAGE CORPORATION

When Recorded Return To:
LIEN RELEASE Onity Mortgage Corporation FKA
PHH MORTGAGE CORPORATION
1661 WORTHINGTON ROAD, SUITE
100, WEST PALM BEACH, FL 33409

**DOC# 2026-0106434**

Apr 16, 2026  10:46 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $98.00   (SB2 Atkins: $75.00)

PAGES: 3

<u>CORPORATE ASSIGNMENT OF DEED OF TRUST</u>

San Diego, California
SELLER'S SERVICING #: 65719057793798 "DENNIS"
INVESTOR'S LOAN#:  NW SAT
SELLER'S LENDER ID#:  P9C

Prepared By: I) Joey M Carvajal ✝ Onity Mortgage Corporation FKA, PHH MORTGAGE CORPORATION 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 800-746-2936

For Value Received, FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B. hereby grants, assigns and transfers to Deutsche Bank National Trust Company, as Indenture Trustee for Indymac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H3 at C/O PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409 all its interest under that certain Deed of Trust dated 05/08/2006, in the amount of $50,000.00, executed by DOUGLAS LEE DENNIS, SR, AN UNMARRIED MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR MORTGAGEIT, INC ITS SUCCESSORS AND ASSIGNS and Recorded:  05/12/2006 in Book/Reel/Liber: n/a Page/Folio: n/a as Instrument No.: 2006-0338523 in the County of San Diego, State of California.

Property Address: 11321 AVENIDA DE LOS LOBOS APT.G, SAN DIEGO, CA 92127

Tax Map and Parcel No. 313-301-26-95

Legal:  See Exhibit "A" Attached Hereto and By This Reference Made A Part Hereof

In witness whereof this instrument is executed.

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B.
On ____APR 0 9 2026____

BY: _____
<u>SHANNON ORTIZ     ATTORNEY IN FACT</u>

This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate capacity or as Receiver.

STATE OF _____
COUNTY OF _____

On _____, before me by means of [x] physical presence or [ ] online notarization, _____, a Notary Public in and for _____ in the State of _____, personally appeared _____, _____ of FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC BANK, F.S.B., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/ their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal,

See attached
CA Acknowledgement

_____

Notary Expires:   /   /

(This area for notarial seal)

Page 1 of 2

## <u>CA  NOTARY ACKNOWLEDGEMENT</u>

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF <u>LOS ANGELES</u>   )SS.

On <u>APR 0 9 2026</u> before me <u>**Stephanie Jo Schulte,**</u> Notary Public, personally appeared <u>**Shannon Ortiz**</u>, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
STEPHANIE JO SCHULTE

My Commission Expires:  November 7, 2026

STEPHANIE JO SCHULTE
Notary Public - California
Los Angeles County
Commission # 2425551
My Comm. Expires Nov 7, 2026

SELLER'S SERVICING #: 65719057793798

## EXHIBIT " A"

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/96TH INTEREST IN AND TO LOT 1 OF CAMINO BERNARDO UNIT NO. 3, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11831, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JUNE 3, 1987.

EXCEPTING THEREFROM LIVING UNITS LA-1A THROUGH LA-1H INCLUSIVE, LA-2A THROUGH LA-2H INCLUSIVE, LA 3A THROUGH LA-3H INCLUSIVE, LA-4A THROUGH LA 4H INCLUSIVE, LA-5A THROUGH LA-5H INCLUSIVE, LA-6A THROUGH LA-6H INCLUSIVE, LA-7A THROUGH LA-7H INCLUSIVE, LA-8A THROUGH LA-8H INCLUSIVE, LA-9A THROUGH LA-9H INCLUSIVE, LA-10A THROUGH LA10H INCLUSIVE, LA-11A THROUGH LA-11H INCLUSIVE, LA-12A THROUGH LA-12H INCLUSIVE A SHOWN ON THAT CERTAIN CONDOMINIUM PLAN ENTITLED "THE FALLS OF CAMINO BERNARDO PHASE 1", RECORDED NOVEMBER 19, 1987 AS FILE NO. 87-647117 AND AMENDED APRIL 11, 1988 AS FILE NO. 88-165880, AND RE-RECORDED APRIL 19, 1988 AS FILE NO. 88-181112 ALL OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THE EXCLUSIVE RIGHT TO USE ALL "EXCLUSIVE USE AREAS" SHOWN AS CARPORTS, PATIOS AND DECKS AS ON SAID CONDOMINIUM PLAN.

PARCEL 2:

UNIT LA-12G AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 3:

THE EXCLUSIVE RIGHT TO USE THE CORRESPONDINGLY NUMBERED "EXCLUSIVE USE AREAS" SHOWN AS CARPORT AND PATIO OR DECK APPURTENANT TO PARCEL 2 AS SET FORTH ON THAT CERTAIN CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 4:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON AND OVER THE COMMON AREA OF ALL OTHER PHASES PRESENTLY ENCUMBERED BY, OR LATER ANNEXED TO, THE ASSOCIATION AS DESCRIBED IN THE COVENANTS, CONDITIONS AND RESTRICTIONS ABOVE DESCRIBED.

THIS EASEMENT SHALL, HOWEVER, NOT BECOME EFFECTIVE AS TO A PHASE UNTIL (I) THE PHASE HAS BEEN ANNEXED TO SUCH ASSOCIATION DECLARATION, AND (II) A CONDOMINIUM HAS BEEN CONVEYED WITHIN SUCH PHASE. PHASE REFERS TO THE CONDOMINIUMS AND LAND WHICH ARE COVERED BY A SEPARATE CONDOMINIUM PLAN.

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

DOC# 2026-0050109

Feb 24, 2026  10:13 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $96.00   (SB2 Atkins: $75.00)

PAGES: 2

## CORPORATE ASSIGNMENT OF DEED OF TRUST

CORRECTIVE GAP ASSIGNMENT OF DEED OF TRUST: TO REMEDY A GAP IN THE RECORDED OWNERSHIP INTEREST BETWEEN THE ASSIGNMENT RECORDED ON 02/05/2025 AS DOC# 2025-0029173 AND THE ASSIGNMENT RECORDED ON 06/09/2010 AS DOC# 2010-0287646

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, ONEWEST BANK FSB, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, representation or warranty, together with all rights, title and interest secured thereby, all liens, and any rights due or to become due thereon to INDYMAC BANK, FSB, WHOSE ADDRESS IS 155 NORTH LAKE AVENUE, PASADENA, CA 91101, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by BRIAN SAUNDERS, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY and recorded on 04/04/2006 as Doc # 2006-0228832 in the office of the SAN DIEGO County Recorder, CA.

Dated on 02/20/2026 (MM/DD/YYYY)
ONEWEST BANK FSB, by PHH MORTGAGE CORPORATION SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC, its Attorney-in-Fact

By: _____
GWEN MURAKAMI
Senior Servicing Operations Specialist

PHH02 449121092 OCWEN-NVLER    T212601-02:52:07 [C-2]  FRMCA1

*D0122215444*

# ACKNOWLEDGEMENT

STATE OF Florida
COUNTY OF Palm Beach
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] on 02/20/2026 (MM/DD/YYYY),                                by            GWEN      MURAKAMI
as Senior Servicing Operations Specialist  of PHH   MORTGAGE   CORPORATION   SUCCESSOR   BY   MERGER   TO OCWEN    LOAN    SERVICING,    LLC    as    Attorney-in-Fact    for    ONEWEST    BANK    FSB,    who,    as such Senior Servicing Operations Specialist being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**Netty N. Bangala**                                              HH421286
Notary Public - STATE OF Florida
Commission expires:  **AUG 0 7 2027**

Notary Public State of Florida
Netty N. Bangala
My Commission HH 421286
Expires 8/7/2027

PHH02 449121092 OCWEN-NVLER    T212601-02:52:07 [C-2]  FRMCA1

*D0122215444*

# EXHIBIT E

When Recorded Return To:
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number 0579894589**

# ASSIGNMENT OF MORTGAGE

**SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107**

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, all liens, and any rights due or to become due thereon to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE FOR INDYMAC ABS, INC., HOME EQUITY MORTGAGE ASSET-BACKED TRUST, SERIES INDS 2006-2B, WHOSE ADDRESS IS 1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/29/2006, made by **CHRISTINE CORNWALL** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS,** in the principal sum of $87,000.00 and recorded on 07/19/2006, in **CRFN # 2006000408726,** in the office of the Registry of **KINGS** County, **NY.**

Property is commonly known as: 309 EAST 55 STREET,
BROOKLYN, NY 11203.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 17th day of September in the year 2024.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS**

**SUSAN HICKS**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**TRACY ROGERS**
**WITNESS**

STATE OF FLORIDA    COUNTY OF PINELLAS
Before me by means of [X] physical presence or [ ] online notarization on, this 17th day of September in the year 2024, the undersigned, personally appeared Susan Hicks as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**VICKY MCCOY**
**COMM EXPIRES: 12/18/2026**

VICKY MCCOY
Notary Public - State of Florida
Commission # HH 328470
My Comm. Expires Dec 18, 2026
Bonded through National Notary Assn.

Property ID(S/B/L) Block: 4727 Lot: 3
SPTDA 442361530  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)          $42.00 MIN
1000554012365300632 MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026  DOCR T172409-11:22:33 [C-1]  EFRMNY1

 

*D0108279802*

When Recorded Return To:
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number 0579894572**

# ASSIGNMENT OF MORTGAGE

**SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107**

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, all liens, and any rights due or to become due thereon to **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE AND SUPPLEMENTAL INTEREST TRUSTEE FOR INDYMAC ABS, INC., HOME EQUITY MORTGAGE ASSET-BACKED TRUST, SERIES INDS 2006-2B, WHOSE ADDRESS IS 1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 06/23/2006, made by **PATE MOSES AND MARIANELLA ZORRILLA** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**, in the principal sum of $106,000.00 and recorded on 07/28/2006, in **CRFN # 2006000428652**, in the office of the Registry of **KINGS** County, **NY**.

Property is commonly known as: 216 ETNA STREET,
BROOKLYN, NY 11208.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 25th day of August in the year 2023.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

**ANGELA PAVAO**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

**LAUREN ASTLE**

**WITNESS**

STATE OF FLORIDA     COUNTY OF PINELLAS
Before me by means of [X] physical presence or [ ] online notarization on, this 25th day of August in the year 2023, the undersigned, personally appeared Angela Pavao as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**TANNER DICKSON**
**COMM EXPIRES: 10/01/2024**

> TANNER DICKSON
> Notary Public - State of Florida
> Commission # HH 049515
> My Comm. Expires Oct 1, 2024
> Bonded through National Notary Assn.

Property ID(S/B/L) Block: 4116 Lot: 26
SPTDA 438841766  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  DEFAULTAOM
$42.00 MIN 100055401236068799 MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026  DOCR T252308-12:17:09 [C-1]  EFRMNY1





*D0102220940*

# EXHIBIT F

CFN: 20260249005 BOOK 35252 PAGE 2010
DATE:04/15/2026 10:15:22 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
Onity Mortgage Corporation f/k/a
PHH Mortgage Corp
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR21IP, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR21IP, WHOSE ADDRESS IS C/O ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $1,260,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **MICHAEL MILES AND SELENA J PHILLIPS AS HUSBAND AND WIFE** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book 25765, Page 2079 and CFN 2007R0679820**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 04/02/2026 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
**LIZET MORALES-PEREZ**
**ASSISTANT SECRETARY**

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Donna Lee Valenzano
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 04/02/2026 (MM/DD/YYYY), by LIZET MORALES-PEREZ as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**Gwen Murakami**
Notary Public - STATE OF FLORIDA
Commission expires:    **JAN 0 7 2030**

Notary Public State of Florida
Gwen Murakami
My Commission HH 743736
Expires 1/7/2030

**Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407**
PHH02 450930849 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN 100055401266482894 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T272603-01:15:34 [C-0] FRMFL1_PHH02

*D0124554271*

CFN: 20260092700 BOOK 35154 PAGE 2450
DATE:02/10/2026 08:26:32 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2006-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2006-D,** WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE), the said Mortgage having an original principal sum of $177,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **RONALD O. ROGERS AND DEBORAH ROGERS, HIS WIFE** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book 24842, Page 2301 and CFN 2006R0909160**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 02/04/2026 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____

**JENNIFER LEE GARZON**

**ASSISTANT SECRETARY**

Witnesses:

_____
Gwen Murakami
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] on-line notarization on **02/04/2026** (MM/DD/YYYY), by **JENNIFER LEE GARZON** as **ASSISTANT SECRETARY** of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such **ASSISTANT SECRETARY** being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Donna Lee Valenzano
Notary Public - STATE OF FLORIDA
Commission expires: 11/30/2029

Notary Public State of Florida
Donna Lee Valenzano
My Commission HH 731802
Expires 11/30/2029

**Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407**
PHH02 449478351 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401232232167 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T162601-11:59:56 [C-0] FRMFL1_PHH02

*D0121981977*

CFN: 20250832826 BOOK 35018 PAGE 827
DATE:11/05/2025 12:31:02 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES INABS 2005-D, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES INABS 2005-D, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $200,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **SONIA MIGUEL, TRUSTEE OF THE SONIA MIGUEL TRUST DATED APRIL 14, 1999** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida,** in **Book: 23966 and Page: 1051,** upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 10/28/2025 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
**Donna Valenzano**
**Assistant Secretary**

Witnesses:

_____
**Kelley Earle**
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
**Ezra E. Pugh**
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/28/2025 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**Netty N. Bangala**
Notary Public - STATE OF FLORIDA
Commission expires:    **AUG 0 7 2027**

> Notary Public State of Florida
> Netty N. Bangala
> My Commission HH 421286
> Expires 8/7/2027

**Document Prepared By:** LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 447932172 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER  MIN 100055401219478809 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T242510-11:34:10 [C-1] FRMFL1_PHH02

*D0118820839*

CFN: 20250080958 BOOK 34601 PAGE 398
DATE:02/03/2025 10:15:36 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR),** (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR9, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $384,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **CASILDA PEINADO, A/S/W** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book 24414, Page 4094 and CFN 2006R0387162**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 01/28/2025**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
**EZRA E. PUGH**
**ASSISTANT SECRETARY**

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.
CORPORATE
SEAL
1999
DELAWARE

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 01/28/2025, by EZRA E. PUGH as ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such ASSISTANT SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

Notary Public State of Florida
Madison Hodges
My Commission HH 536680
Expires 6/9/2028

**Document Prepared By:** LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 443769364 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN 100055401231123672 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T232501-03:35:48 [C-0] FRMFL1_PHH02

*D01111191189*

CFN: 20240929156 BOOK 34531 PAGE 1838
DATE:12/11/2024 03:18:35 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A14CB MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-N, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $195,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **CARMEN MARIN AND JAIRO MARIN, WIFE AND HUSBAND** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book: 25009, Page: 1044 and CFN: 2006R1111519**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 12/06/2024 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
**Donna Valenzano**
**Assistant Secretary**

Witnesses:

_____
Netty N. Bangala
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 12/06/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

> Notary Public State of Florida
> Madison Hodges
> My Commission HH 536660
> Expires 6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 443310062 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401244438257 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T042412-03:55:02 [C-0] FRMFL1_PHH02

*D0109974661*

CFN: 20240841596 BOOK 34481 PAGE 4366
DATE:11/06/2024 03:24:04 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-A, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE),** the said Mortgage having an original principal sum of $320,600.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **LIZZETTE M. HART, AN UNMARRIED WOMAN** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida**, in **Book: 24207, Page: 2708 and CFN 2006R0124017**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 10/31/2024 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By: _____
Donna Valenzano
Assistant Secretary

Witnesses: _____
_____
Ezra E. Pugh
5720 Premier Park Drive, West Palm Beach, FL 33407

_____
Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407

*[Seal: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ONLY — CORPORATE SEAL 1999 DELAWARE]*

STATE OF FLORIDA    COUNTY OF PALM BEACH
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/31/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Kelley Earle
Notary Public - STATE OF FLORIDA
Commission expires: 12/18/2027

**KELLEY EARLE**
Notary Public
State of Florida
Comm# HH468739
Expires 12/18/2027

**Document Prepared By:** LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442929951 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER   MIN 100055401225768482 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T292410-03:11:27 [C-0] FRMFL1_PHH02

*D0109199524*

CFN: 20240822489 BOOK 34471 PAGE 3616
DATE:11/01/2024 11:18:57 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** hereby assigns unto **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR27, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**, the said Mortgage having an original principal sum of $224,000.00 and all rights accrued or to accrue under such Mortgage.

Said Mortgage was made by **JORGE GONZALEZ AND ROCIO GONZALEZ, HIS WIFE** and recorded in Official Records of the Clerk of the Circuit Court of **MIAMI-DADE** County, **Florida, in Book: 23864, Page: 2402 and CFN: 2005R1071542**, upon the property situated in said State and County as more fully described in said Mortgage.

**Dated on 10/24/2024 (MM/DD/YYYY)**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS**

By:

Donna Valenzano
Assistant Secretary

Witnesses:

Sheila McCoy
5720 Premier Park Drive, West Palm Beach, FL 33407

Kelley Earle
5720 Premier Park Drive, West Palm Beach, FL 33407

STATE OF FLORIDA    COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on 10/24/2024 (MM/DD/YYYY), by Donna Valenzano as Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR INDYMAC BANK, F.S.B., ITS SUCCESSORS AND ASSIGNS, who, as such Assistant Secretary being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Madison Hodges
Notary Public - STATE OF FLORIDA
Commission expires: 6-9-28

Notary Public State of Florida
Madison Hodges
My Commission HH 536680
Expires 6/9/2028

Document Prepared By: LaVar Jones, 5720 Premier Park Drive, West Palm Beach, FL 33407
PHH02 442851582 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)
OCWEN-NVLER MIN 100055401220133260 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 T222410-09:53:51 [C-0] FRMFL1_PHH02

*D0109024004*

CFN 2010R0438138
OR Bk 27336 Pg 3372; (1ps)
RECORDED 06/30/2010 09:08:05
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Prepared by:        DAVID J. STERN, ESQ
Record &Return to:  900 South Pine Island Road #400
                    Plantation, FL 33324-3920
                    08-56391 (INDNW)

This space is for recording purposes only

## ASSIGNMENT OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS:**

*THAT* INDYMAC BANK, F.S.B.

Residing or located at c/o OneWest Bank, FSB, 888 East Walnut Street, Pasadena, California 91101, herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR5, Mortgage Pass-Through Certificates, Series 2007-AR5 under the Pooling and Servicing Agreement dated March 1, 2007 residing or located at: c/o OneWest Bank, FSB, 888 East Walnut Street, Pasadena, California 91101 herein designated as the assignee, the mortgage executed by ARIANA BIRENCWAJG, A SINGLE WOMAN recorded in MIAMI-DADE County, Florida at book 25351 and page 3917 encumbering the property more particularly described as follows:

**LOT 21, BLOCK 27, LAKE VIEW SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGE 42 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, as of the 18 day of June , 2010 .

Signed in the presence of:                INDYMAC BANK, F.S.B.
                                          (CORPORATE SEAL)

ATTEST:                                   BY:
                                          PRINT NAME:    Erica A. Johnson-Seck
WITNESS: DcDGeD                           TITLE:    Attorney in Fact
Print Name: Daniel Garcia

WITNESS:
Print Name: Carla Morell

STATE OF        Texas
COUNTY OF       Travis
        PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 18 day of June , 2010, within my jurisdiction, the within named Erica A. Johnson-Seck who is personally known to me or who produced _____ as identification and who acknowledged to me that (s)he isATTORNEY IN FACT and that for and on behalf of INDYMAC BANK, F.S.B. and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by INDYMAC BANK, F.S.B. to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 18 day of June , 2010.

one west asg



AME RIVERA
MY COMMISSION EXPIRES
March 11, 2014

NOTARY PUBLIC


★ P B M ★


★ F 0 8 - 5 6 3 9 1 ★

★ D 1 1 0 4 ★